## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICKY G. JOURNEY,<br><br>                    Plaintiff,<br><br>        vs.<br><br>NORFOLK REGIONAL CENTER, LRC, HHS, NEBRASKA MENTAL HEALTH, TOM BARR,  LANE, Dr.; STEPHEN ONEIL, JULIE REDWING, DR. SHANNON BEAVERS-BLACK, Dr.;  ROY, Dr.;  DONOVANE, Doctor; LAINE, Dr.; AMANDA HOLMGREEN, AGNES STAIRS, BRAD BIGELOW, Dr.; and CHERYL HEIMANN,<br><br>                    Defendants. | **8:19CV434**<br><br>**MEMORANDUM AND ORDER** |

On August 28, 2020, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint. Rather, Plaintiff sent correspondence to the court on September 16, 2020, indicating that he would not be filing an amended complaint pro se. (Filing 19.)

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 13th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge